# United States District Court
# For The Western District of North Carolina
# Asheville Division

WILLIAM A. RICHARDS,

        Petitioner,

vs.

WILLARD JOBE, supt.,

        Respondent.

JUDGMENT IN A CIVIL CASE

1:07cv11-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2006 Order.

March 30, 2007

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk